## J. S. LEMLEY V. THE STATE.

No. 18396.  Delivered June 3, 1936.
State's Rehearing Denied (Without Written Opinion) June 17 1936.

The opinion states the case.

*Roy A. Scott,* of Fort Worth, for appellant.

*Ben J. Dean,* District Attorney, of Breckenridge, and *Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is arson; the punishment, confinement in the penitentiary for four years.

Cleve Barnes v. State, Opinion No. 18,323, this day delivered (page 547 of this volume), is a companion case. The errors requiring a reversal of the judgment in Barnes' case also appear in the present record.

The judgment is reserved and the cause remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.